NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IMPERIUM (IP) HOLDINGS,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.,**
*Appellees*

_____

2017-1571

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01233.

_____

**JUDGMENT**

_____

JOSEPH FRANKLIN EDELL, Fisch Sigler, LLP, Washington, DC, argued for appellant. Also represented by ALAN M. FISCH, JOHN T. BATTAGLIA, ROY WILLIAM SIGLER.

STEVEN PEPE, Ropes & Gray LLP, New York, NY, argued for appellees. Also represented by JESSE J. JENNER, KEVIN JOHN POST, MATTHEW R. SHAPIRO;

DOUGLAS HALLWARD-DRIEMEIER, Washington, DC; SAMUEL LAWRENCE BRENNER, Boston, MA.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 9, 2019          /s/ Peter R. Marksteiner
Date                            Peter R. Marksteiner
                                    Clerk of Court